UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-23507-CV-GOLD
CASE NO. 10-23508-CV-GOLD
CASE NO. 10-23509-CV-GOLD
CASE NO. 10-23511-CV-GOLD

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA,

     Petitioner,

v.

UNITED STATES OF AMERICA,

     Respondent.

_____/

## ORDER GRANTING MOTION TO TRANSFER AND CONSOLIDATE

_____THIS CAUSE is before the Court upon Petitioner Miccosukee Tribe of Indians of Florida's ("Petitioner") Notice of Pending, Refiled, Related or Similar Actions and Motion to Transfer and Consolidate[1]. Respondent United States ("Respondent") does not oppose consolidation of the four cases.[2]  I recently accepted transfer of Case Nos. 10-23507, 10-23508, 10-23509, and 10-23511, which involve similar subject matter and factual background as Case No. 10-21332.  Therefore, Case Nos. 10-23507, 10-23508, 10-23509, and 10-23511 are consolidated, Case No. 10-23507 will be the lead case, and Case Nos. 10-23508, 10-23509, and 10-23511 will be closed.  Accordingly, it is hereby

     ORDERED AND ADJUDGED:

-----

[1]**[ECF No. 4, Case No. 10-23507]**; **[ECF No. 4, Case No. 10-23508]**; **[ECF No. 4, Case No. 10-23509]**; and **[ECF No. 6, Case No. 10-23511]**.

[2]**[ECF No. 7, Case No. 10-23507]**; **[ECF No. 7, Case No. 10-23508]**; **[ECF No. 5, Case No. 10-23509]**; and **[ECF No. 9, Case No. 10-23511]**.

1.   Case Nos. 10-23507, 10-23508, 10-23509, and 10-23511 shall be consolidated with Case No. 10-23507 as the lead case.

2.   The Clerk of Court is instructed to close Case Nos. 10-23508, 10-23509, and 10-23511.

3.   This Order shall be docketed in Case Nos. 10-23507, 10-23508, 10-23509, and 10-23511.

4.   **All papers shall be filed in Lead Case No. 10-23507.**

5.   An in-person status conference is set before the Honorable Alan S. Gold, at the United States District Courthouse, Courtroom 11-1, Eleventh Floor, 400 North Miami Avenue, Miami, Florida, 33128 on **Friday, November 12, 2010 at 11:30 a.m.**

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of October, 2010.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:   Counsel of record